# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D2025-0378
L.T. Case No. 2013-CF-002521-A

_____

ARIANNE ALEXYS MYLES,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

3.800 Appeal from the Circuit Court for Duval County.
Jonathan David Sacks, Judge.

Arianne Alexys Myles, Ocala, pro se.

No Appearance for Appellee.

April 22, 2025

PER CURIAM.

AFFIRMED. *See* Fla. R. App. P. 9.315(a).

HARRIS, BOATWRIGHT and KILBANE, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____